| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BLAKE, CATHERINE C | 2. Court or Organization<br><br>U.S. DISTRICT COURT, MARYLAND | 3. Date of Report<br><br>05/03/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>7310 U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF DIRECTORS, FOURTH CIRCUIT REPRESENTATIVE | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY -7 A 10:01 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C | 04/19/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▬▬▬▬▬▬▬▬ SALARY |
| 2. 2006 | ▬▬▬▬▬▬ SALARY |
| 3. 2006 | PHYSICIAN, SELF-EMPLOYED (CONSULTING) |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AEI-BROOKINGS JOINT CENTER JUDICIAL EDUCATION PROGRAM | April 24-28; December 9-15, 2006; Economics Institute for Judges; Washington, D.C. - lodging, meals, tranportation (partial) |
| 2. | FEDERAL JUDGES ASSOCIATION | May 6, 2006; Annual Board of Directors Meeting; Washington, D.C. - lodging, meals, transportation (partial) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C | 04/19/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C | 04/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C | 04/19/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Delaware American Gov't Bond A Class | B | Dividend | K | T | | | | | |
| 2. IRA - Delaware Delchester Fund A Class | B | Dividend | K | T | | | | | |
| 3. IRA - T. Rowe Price - Equity Income | A | Dividend | K | T | | | | | |
| 4. IRA - T. Rowe Price - Growth Stock | A | Dividend | K | T | | | | | |
| 5. IRA - T. Rowe Price - New Asia | A | Dividend | J | T | | | | | |
| 6. IRA - T. Rowe Price - New Era | A | Dividend | K | T | | | | | |
| 7. IRA - T. Rowe Price - Science & Technology | | None | K | T | | | | | |
| 8. IRA - T. Rowe Price - Spectrum Income | A | Dividend | K | T | | | | | |
| 9. State of Maryland Deferred Compensation Plan | C | Dividend | L | T | | | | | |
| 10. Wachovia Bank - accounts | A | Interest | K | T | | | | | |
| 11. T. Rowe Price Growth Stock | A | Dividend | K | T | | | | | |
| 12. U.S. Savings Bonds | | None | J | T | | | | | |
| 13. IRA - First Financial Credit Union | A | Dividend | J | T | | | | | |
| 14. SEP - Wachovia Securities - AIM Weingarten Fund Cl A | A | Dividend | | | sell | 3/29 | J | A | |
| 15. SEP - Wachovia Securities - Evergreen Treas Money Market | A | Dividend | | | redemption | 4/10 | J | A | |
| 16. Templeton Growth Fund | C | Dividend | K | T | redemption | 12/28 | J | B | |
| 17. IRA - Putnam Growth & Income Cl -A | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C | 04/19/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA - JP Morgan Funds Growth and Income A | A | Dividend | J | T | | | | | |
| 19. IRA - MetLife | B | Dividend | J | T | | | | | |
| 20. TSA - MetLife | C | Dividend | L | T | | | | | |
| 21. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 22. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 23. MetLife Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BLAKE, CATHERINE C | 04/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lines 14-15:  This SEP at Wachovia Securities was closed and the entire amount was transferred to T Rowe Price Spectrum Income account.

Part VII, line 16:  This was a partial redemption.

Part VII, line 23 from 2005 report:  This Maryland College Investment Plan account was closed in 2005.

Part VII, lines 26 and 27 from 2005 report:  These whole life insurance policies belong to ███████ who are no longer dependent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____ 5/3/07 _____

NOTE: ANY IN IVIDUAL WHO KNOWINGLY AN   WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN   CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544